```
       IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

BILLY JOE THOMSON                                              APPELLANT

            v.             Civil No. 07-2012

JOYCE BRADLEY BABIN, TRUSTEE                                    APPELLEE

### O R D E R

Now on this 27th day of April, 2007, the above referenced bankruptcy appeal comes on to be considered. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On February 21, 2007, the Bankruptcy Court issued a Memorandum of Document Deficiency (MDD), advising the appellant that he had failed to pay the $255.00 filing fee required to appeal the Bankruptcy Court's dismissal order to this Court. The MDD gave the appellant until February 28, 2007, to pay the appellate filing fee.

2. On March 8, 2007, apparently in response to the MDD, the appellant filed a pro se motion requesting that the filing fee be waived or that he be permitted to pay the fee in installments. (Doc. 7.) The Bankruptcy Court entered an order on April 26, 2007, denying the appellant's motion.

3. The Court hereby adopts and incorporates the Bankruptcy Court's order, which is attached as "Exhibit A" to the current order, and **DENIES** appellant's motion (Doc. 7) to waive the appellate filing fee or pay it in installments.

    4.   The appellant shall have until May 11, 2007, to pay the appellate filing fee.  The failure to do so will result in the dismissal of his appeal.

    IT IS SO ORDERED.

                                              /S/JIMM LARRY HENDREN
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE