```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

BILLY JOE THOMSON                                              APPELLANT

    v.    Civil No. 07-2012

JOYCE BRADLEY BABIN, TRUSTEE                                    APPELLEE

### O R D E R

On this 16th day of May, 2007, the above referenced bankruptcy appeal comes on to be considered. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On February 21, 2007, the Bankruptcy Court issued a Memorandum of Document Deficiency (MDD), advising the appellant that he had failed to pay the $255.00 filing fee required to appeal the Bankruptcy Court's dismissal order to this Court. The MDD gave the appellant until February 28, 2007, to pay the appellate filing fee.

2. On March 8, 2007, apparently in response to the MDD, the appellant filed a pro se motion requesting that the filing fee be waived or that he be permitted to pay the fee in installments. (Doc. 7.) The Bankruptcy Court entered an order on April 26, 2007, denying the appellant's motion.

3. On April 27, 2007, this Court adopted the Bankruptcy Court's order and denied appellant's motion (Doc. 7) to waive the appellate filing fee or pay it in installments. The Court granted the appellant until May 11, 2007, to pay the appellate filing fee

and advised him that the failure to do so would result in the dismissal of his appeal.

4.  On May 10, 2007, the appellant filed a **"Response" (Doc. 9)** requesting "reconsideration and withdrawal" of the Court's April 27th order.  Appellant's request is **DENIED**.

For the reasons stated in the Bankruptcy Court's April 26th order, the appellant is not entitled to waiver of the appellate filing fee or a further extension of time in which pay the fee. Accordingly, the instant appeal is hereby **DISMISSED**.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE