```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

BILLY JOE THOMSON                                          APPELLANT

      v.            Civil No. 07-2012

JOYCE BRADLEY BABIN, TRUSTEE                                APPELLEE

### O R D E R

The Court's order dismissing the appellant's pro se bankruptcy appeal is currently on appeal to the Eighth Circuit Court of Appeals. On September 6, 2007, the Eighth Circuit issued an order directing the appellant to either pay the appellate filing fee or file an in forma pauperis motion.  (Doc. 17.)

On September 17, 2007, appellant filed a Motion for Leave to Appeal In Forma Pauperis.  (Doc. 18.)  Upon due consideration, the motion is **DENIED**, as the Court does not believe that the appeal is taken in good faith.  See 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of September, 2007.

                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE